Reported in full in 45 How. Pr. 33.

---

### A. N. VAN LIEN *v.* THE SCOVILLE MANUFACTURING COMPANY.
(*Decided in January,* 1873.)

Plaintiff, who was a manufacturer of photographic views, purchased of defendants "hyposulphate of soda," and they by mistake delivered to him "sulphate of iron," which, being used by his servant in the preparation of photographic views, caused damage. In a suit by him to recover for the loss thereby occasioned, it appeared by evidence given in his own behalf, that hyposulphate of soda is white or gray, while sulphate of iron is green, and the two could be readily distinguished, and that the plaintiff's servant who used the sulphate of iron whereby the loss occurred, could by mere inspection have detected the mistake, and thereby prevented the accident; *Held*, that the failure to make such inspection was contributory negligence on the part of the plaintiff, which barred his recovery, and he should have been nonsuited.

APPEAL by defendants from a judgment of the First District Court.

*E. T. & G. Bell*, for appellants.

*Henry Allen*, for respondent.

Opinion of the court † by LOEW, J.

Judgment reversed.

Reported in full in 14 Abb. Pr. N. S. 74.

---

* Present, DALY, Ch. J., LARREMORE and J. F. DALY, JJ.

† Present, DALY, Ch. J., ROBINSON, and LOEW, JJ.